UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Danielle Sames, | Civil No. 11-40-PAM/JJG |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Iowa Student Loan Liquidity Corporation, | |
| Defendant. | |

---

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-captioned matter and the claims asserted therein are DISMISSED WITH PREJUDICE and with an award of costs to Defendant Iowa Student Loan Liquidity Corporation in the amount of $777.00.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: April  21 , 2011.

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge